# Court of Appeals
# of the State of Georgia

ATLANTA, December 12, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0657.  LUKE v. THE STATE.**

Appellee's motion to transfer appeal to the Supreme Court of Georgia is GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/12/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*